**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-1079-WJM-KMT

OTTO MIILER,

    Plaintiff,

v.

PROSPECT MORTGAGE, LLC,

    Defendant.

---

**ORDER GRANTING JOINT MOTION FOR
APPROVAL OF SETTLEMENT AGREEMENT**

---

This matter comes before the Court on the Parties' Joint Motion for Approval of Settlement Agreement and Dismissal of Lawsuit, filed October 23, 2014 ("Motion"). (ECF No. 56.)  The Court having reviewed the Motion and the applicable record the Court hereby ORDERS as follows:

1. The Parties' Joint Motion for Approval of Settlement Agreement and Dismissal of Lawsuit (ECF No. 56) is GRANTED.

2. The settlement reached by the Parties represents fair and equitable resolution of this action, reasonably resolves *bona fide* disagreements between the Parties regarding the merits of the claims asserted by Plaintiff, and demonstrates a good-faith intention by the Parties that the claims of the Plaintiff be fully and finally resolved, and not re-litigated in whole or in part at any point in the future;

3. The settlement reached by the Parties is approved by this Court;

4. Pursuant to the terms of the Parties' confidential settlement agreement, the above-captioned action, including Plaintiff's Fair Labor Standards Act claims, and all claims for relief set forth therein, are DISMISSED WITH PREJUDICE; and

5. Each party shall bear their own attorney's fees and costs, except as may otherwise be provided in the confidential settlement agreement.

Dated this 12th day of November, 2014.

BY THE COURT:

William J. Martinez
United States District Judge